■ RICHARD B. FAGAN, Appellant, v ANDREW P. MELONI, Respondent. (Appeal No. 1.)—Judgment unanimously affirmed, with costs. Memorandum: Based upon the trial evidence, defendants' motion for judgment at the close of plaintiff's proof pursuant to CPLR 4401 was properly granted as a matter of law by the court. (Appeal from judgment of Supreme Court, Monroe County, White, J.—libel.) Present—Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.

■ JACK SCHIFANO, Appellant, v ANDREW P. MELONI, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Fagan v Meloni* ([appeal No. 1] 125 AD2d 980 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, White, J.—libel.) Present—Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.